JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDRIKA L. LUND, | ) CASE NO. CV 11-07431 MMM (RZx) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT FOR DEFENDANTS |
| AMERICAN HOME MORTGAGE SERVICING INC.; POWER DEFAULT SERVICES, INC.; all persons unknown who may claim an interest in title to the subject property; and DOES 1 through 20, inclusive, | ) |
| Defendants. | ) |

On December 13, 2011, the court granted the defendants' motion to dismiss plaintiff's complaint with prejudice. Accordingly,

IT IS ORDERED AND ADJUDGED

    1. That plaintiff Chandrika L. Lund take nothing by way of her complaint; and

    2. That the action be, and it hereby is, dismissed.

DATED: December 13, 2011

                                                      *Margaret M. Morrow*
                                                MARGARET M. MORROW
                                                UNITED STATES DISTRICT JUDGE